Cheruvu v Healthnow N.Y., Inc. (2024 NY Slip Op 03285)

Cheruvu v Healthnow N.Y., Inc.

2024 NY Slip Op 03285

Decided on June 14, 2024

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on June 14, 2024
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: WHALEN, P.J., CURRAN, GREENWOOD, NOWAK, AND KEANE, JJ.

380 CA 23-00345

[*1]SREEKRISHNA CHERUVU, PLAINTIFF-APPELLANT,
v
HEALTHNOW NEW YORK, INC., DOING BUSINESS AS BLUE CROSS AND BLUE SHIELD OF WESTERN NEW YORK, INDEPENDENT HEALTH ASSOCIATION INC., INDIVIDUAL PRACTICE ASSOCIATION OF WESTERN NEW YORK, INC., EXCELLUS HEALTH PLAN, INC., DOING BUSINESS AS UNIVERA, AND SUSAN P. SCHULTZ, ALSO KNOWN AS SUSAN NASON, DEFENDANTS-RESPONDENTS. 

ZDARSKY, SAWICKI & AGOSTINELLI LLP, BUFFALO (GERALD T. WALSH OF COUNSEL), FOR PLAINTIFF-APPELLANT. 
WEBSTER SZANYI LLP, BUFFALO (MICHAEL P. MCCLAREN OF COUNSEL), FOR DEFENDANTS-RESPONDENTS HEALTHNOW NEW YORK, INC., DOING BUSINESS AS BLUE CROSS AND BLUE SHIELD OF WESTERN NEW YORK AND SUSAN P. SCHULTZ, ALSO KNOWN AS SUSAN NASON.
NIXON PEABODY LLP, BUFFALO (MARK A. MOLLOY OF COUNSEL), FOR DEFENDANTS-RESPONDENTS INDEPENDENT HEALTH ASSOCIATION INC. AND INDIVIDUAL PRACTICE ASSOCIATION OF WESTERN NEW YORK, INC. 
HODGSON RUSS LLP, BUFFALO (JOSHUA FEINSTEIN OF COUNSEL), FOR DEFENDANT-RESPONDENT EXCELLUS HEALTH PLAN, INC., DOING BUSINESS AS UNIVERA. 

 Appeal from an order of the Supreme Court, Erie County (Timothy J. Walker, A.J.), entered January 19, 2023. The order granted the motions of defendants to dismiss the complaint. 
It is hereby ORDERED that the order so appealed from is unanimously affirmed without costs.
Entered: June 14, 2024
Ann Dillon Flynn
Clerk of the Court